IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  DENNIS EUGENE SMITH,  Defendant. | 8:22CR117  ORDER |

This matter is before the court on Defendant's MOTION TO EXTEND ALL DEADLINES [25]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 60-day extension. Pretrial Motions shall be filed by February 28, 2023.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND ALL DEADLINES [25]is granted. Pretrial motions shall be filed on or before February 28, 2023.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between December 30, 2022, and February 28, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 30th day of December, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge