**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR117** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | **ORDER** |
| **DENNIS EUGENE SMITH,** | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the court on defendant's Motion to Continue Trial [78]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [78] is granted, as follows:

1. The jury trial, now set for January 30, 2024, is continued to **April 30, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 30, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  December 18, 2023**

                                        **BY THE COURT:**


                                        **s/ Michael D. Hansen
                                        United States Magistrate Judge**