IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22-CR-117 |
| vs. | ORDER |
| DENNIS EUGENE SMITH, | |
| Defendant. | |

Defendant Dennis Eugene Smith has filed an unopposed Motion to Continue Trial. Filing 82. Trial is currently scheduled to begin on April 30, 2024. Filing 79 at 1. Smith requests that trial be continued for 90 days. Filing 82 at 1. If his Motion were granted in full, trial in this case would commence the week of July 29, 2024. After considering the matters Smith raises in his Motion, the Court is not inclined to grant the full 90-day continuance that he seeks. *See United States v. Nguyen*, 526 F.3d 1129, 1134 (8th Cir. 2008) (noting "[c]ontinuances are disfavored and should only be granted if the moving party has shown a compelling reason" and further recognizing that "District courts have broad discretion to decide a request for a continuance").

The Indictment in this case was returned by the Grand Jury nearly two years ago on May 17, 2022. Filing 1 at 1. Smith has requested and received many continuances since that time. By the Court's count, Smith received a total of over 270 days of continuance just for the purposes of filing pretrial motions. *See* Filing 23; Filing 24; Filing 25; Filing 28; Filing 33; Filing 34; Filing 35; Filing 36. Smith also unsuccessfully attempted to extend "all deadlines" for a period of 90 days, but that Motion was denied by the United States Magistrate Judge because he found good cause for a further extension was lacking. *See* Filing 44; Filing 53.[1] This Court also previously

---

[1] Smith was subsequently granted another extension for the purposes of filing an additional pretrial motion. Filing 54 (Text Minute Entry),

1

entered a trial order stating that trial would commence on January 30, 2024. Filing 77 at 1. Smith moved to continue that trial date for a period of 90 days. Filing 78 at 1. The Court granted that motion for a continuance and set the trial date for April 30, 2024. Filing 79 at 1. The Court does not find Smith has demonstrated a compelling reason justifying another 90-day continuance of the trial date. *Nguyen*, 526 F.3d at 1134.

The Court will instead grant Smith partial relief and will continue trial for a period of 51 days, which will set a trial start date of Thursday, June 20, 2024. The Court notes that it does not believe the Defendant has articulated a sufficiently compelling cause that would necessarily justify a 51-day continuance. However, based upon the Court's very active criminal docket and other scheduled criminal trials, it is impracticable to move the trial date closer to the originally scheduled date of April 30, 2024.

The Court admonishes that it is not inclined to grant any further continuances of this trial absent truly compelling circumstances. Accordingly,

IT IS ORDERED: Smith's Motion to Continue trial is granted in part and denied in part. Trial in this case is scheduled to commence on Thursday, June 20, 2024 at 8:30 a.m.

Dated this 22nd day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge