IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br><br>vs.<br><br><br>DENNIS EUGENE SMITH,<br><br>          Defendant. | **8:22-CR-117**<br><br><br><br>**ORDER** |

This matter is before the Court on the Government's Motion for Extension of Time to File Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Filing 157. The petitioner filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Filing 145, which the Court previously reviewed pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, Filing 148. The Court ordered the Government to respond to the multiple ineffective-assistance-of-counsel claims asserted in the petitioner's motion no later than April 15, 2026. Filing 148 at 3. The Government seeks an extension of its deadline to file a response to the petitioner's § 2255 motion because counsel for the Government needs additional time to coordinate with the petitioner's former defense attorney regarding the defense attorney's affidavit addressing the petitioner's allegations. Filing 157 at 2. The Court concludes that there is good cause in this case to grant the Government's Motion for Extension. Accordingly,

     IT IS ORDERED:

1

1. The Government's Motion for Extension of Time to File Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, Filing 157, is granted;

2. The Government shall respond to the petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Filing 145, on or before May 29, 2026; and

3. Pursuant to the Court's order at Filing 155, the petitioner may file a reply brief no later than 45 days from the date of the Government's response.

Dated this 14th day of April, 2026.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge